# 714 CASES REPORTED WITH BRIEF SYLLABI.

BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on Complaint of AUGUSTA PETERSEN, Respondent, v. EMANUEL EINZIG, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin. JJ.

TH. MARTHINSENS SOELVAREFABRIK, Appellant, v. ALBERT A. MOERS, Doing Business under the Firm Name and Style of THE METAL EXPORT COMPANY OF AMERICA, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE NATIONAL CITY BANK OF NEW YORK, Appellant, v. ROBERT HERBST, Doing Business under the Name of HERBST BROTHERS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY A. HINCHY, as Administratrix, etc., of MICHAEL HINCHY, Deceased, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; McAvoy, J., dissents.

EUGENE J. McVOY, Appellant, v. F. MATARAZZO Y CIA LTDA., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

TOPICS PUBLISHING COMPANY, INC., Appellant, v. FREDERICK PFEIFFER & Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT ROSENBERG, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SYMES H. BURTSELL, Appellant, v. LULU F. BURTSELL, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MORRIS ROSENBAUM, Respondent, v. AMERICAN FOREIGN BANKING CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE KREMER, Appellant, v. FIFTY-FIFTH STREET AND TENTH AVENUE HOLDING CORPORATION, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

DORIS K. SYDNEY v. MACFADDEN NEWSPAPER PUBLISHING CORPORATION.— Motion for preference denied. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN DEFORE.— Motion for preference granted for May 26, 1925. [See 213 App. Div. 643.] Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

YETTA SPUNGIN, as Administratrix, etc., v. MAX GERSTLE and Others.— Motion for preference granted for May 26, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of MARY ROGERS, Deceased.— Motion for preference granted